GORDON ARTHUR SMITH, INC. *v.* UNITED STATES

No. 7869.

Entry No. 176–A, etc.

(Decided August 23, 1950)

*Martin, Hastings, Snyder and Rockwell* for the plaintiff.
*David N. Edelstein,* Assistant Attorney General (*Charles J. Miville,* special attorney), for the defendant.

FORD, Judge: The appeals listed in schedule "A," hereto attached and made a part hereof, have been submitted upon a stipulation to the effect that at the date of the exportation of the merchandise in-

volved herein such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States at the prices set forth in schedule "B," hereto attached and made a part hereof, and that there were no higher foreign values for the involved merchandise.

Accepting this stipulation as a statement of fact, I find the proper dutiable export values for the merchandise covered by said appeals to be the values set forth in said schedule "B." Judgment will be rendered accordingly.

## SCHEDULE "B"

*Entry No. 176–A—Reappraisement No. 159532–A*

| | | | |
|---|---|---|---|
| 295 | Movements | @ | $19. 25 |
| 295 | Cases | @ | 5. 00 |
| 295 | Straps | @ | . 75 |
| 352 | Movements | @ | $18. 50 |
| 352 | Cases | @ | 4. 75 |
| 352 | Straps | @ | . 75 |
| 24 | Movements | @ | $18. 50 |
| 24 | Cases | @ | 25. 25 |
| 24 | Straps | @ | 1. 25 |

*Entry No. 51–A—Reappraisement No. 159533–A*

| | | | |
|---|---|---|---|
| 203 | Movements | @ | $29. 50 |
| 203 | Cases | @ | 4. 00 |
| 203 | Straps | @ | 1. 00 |
| 78 | Movements | @ | $30. 00 |
| 78 | Cases | @ | 4. 00 |
| 78 | Straps | @ | 1. 00 |
| 97 | Movements | @ | $31. 00 |
| 97 | Cases | @ | 4. 00 |
| 97 | Straps | @ | 1. 00 |
| 60 | Movements | @ | $31. 00 |
| 60 | Cases | @ | 25. 75 |
| 60 | Straps | @ | 1. 25 |

*Entry No. 100–A—Reappraisement No. 159805–A*

| | | | |
|---|---|---|---|
| 500 | Movements | @ | $10. 50 |
| 500 | Cases | @ | 3. 50 |

*Entry No. 46–A—Reappraisement No. 159806–A*

| | | | |
|---|---|---|---|
| 500 | Movements | @ | $13. 00 |
| 500 | Cases | @ | 4. 00 |
| 500 | Straps | @ | 1. 00 |

*Entry No. 92–A—Reappraisement No. 159807–A*

| | | | |
|---|---|---|---|
| 720 | Movements | @ | $14. 25 |
| 720 | Cases | @ | 4. 00 |
| 720 | Straps | @ | . 75 |

*Entry No. 55–A—Reappraisement No. 160559–A*

| | | | |
|---|---|---|---|
| 175 | Movements | @ | $19. 00 |
| 175 | Cases | @ | 5. 00 |
| 175 | Straps and Bracelets | @ | 1. 00 |

*Entry No. 72–A—Reappraisement No. 160560–A*

| | | | |
|---|---|---|---|
| 275 | Movements | @ | $13. 00 |
| 275 | Cases | @ | 4. 00 |
| 275 | Straps | @ | 1. 00 |
| 12 | Movements | @ | $15. 00 |
| 12 | Cases | @ | 29. 00 |
| 12 | Straps | @ | 1. 00 |
| 6 | Movements | @ | $9. 00 |
| 6 | Cases | @ | 22. 00 |
| 6 | Straps | @ | 1. 00 |
| 6 | Movements | @ | $30. 75 |
| 6 | Cases | @ | 6. 50 |
| 6 | Straps | @ | . 75 |
| 12 | Movements | @ | $27. 25 |
| 12 | Cases | @ | 5. 00 |
| 12 | Straps | @ | . 75 |
| 12 | Movements | @ | $20. 75 |
| 12 | Cases | @ | 4. 50 |
| 12 | Straps | @ | . 75 |
| 12 | Movements | @ | $31. 75 |
| 12 | Cases | @ | 5. 50 |
| 12 | Straps | @ | . 75 |
| 6 | Movements | @ | $39. 00 |
| 6 | Cases | @ | 7. 00 |
| 6 | Straps | @ | 1. 00 |

| | | |
|---|---|---|
| *Entry No. 90-A—Reappraisement No.* | | |
| *160561-A* | | |
| 180 Movements | @ | $14.15 |
| 180 Cases | @ | 3.50 |
| 180 Straps | @ | 1.00 |
| 260 Movements | @ | $10.70 |
| 260 Cases | @ | 3.50 |
| 260 Straps | @ | 1.00 |
| *Entry No. 54-A—Reappraisement No.* | | |
| *160562-A* | | |
| 35 Movements | @ | $19.50 |
| 35 Cases | @ | 4.50 |
| 35 Straps | @ | 1.25 |
| 20 Movements | @ | $19.50 |
| 20 Cases | @ | 4.50 |
| 20 Straps | @ | 1.00 |

| | | |
|---|---|---|
| 20 Movements | @ | $19.50 |
| 20 Cases | @ | 4.50 |
| 20 Straps | @ | 1.00 |
| 250 Movements | @ | $9.25 |
| 250 Cases | @ | 3.00 |
| 250 Straps | @ | .75 |
| *Entry No. 65-A—Reappraisement No.* | | |
| *161401-A* | | |
| 318 Movements | @ | $14.00 |
| 318 Cases | @ | 4.00 |
| 318 Straps | @ | 1.00 |
| *Entry No. 45-A—Reappraisement No.* | | |
| *163086-A* | | |
| 462 Movements | @ | $16.00 |
| 462 Cases | @ | 4.25 |
| 462 Straps | @ | .75 |